JOHN GROSSO, Respondent, v. JOSEPH SPORER, Appellant.— Judgment affirmed,

with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.